NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CTD NETWORKS, LLC,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

---

2023-2428

---

Appeal from the United States District Court for the Western District of Texas in No. 6:22-cv-01042-XR, Judge Xavier Rodriguez.

---

Before LOURIE, DYK, and REYNA, *Circuit Judges.*

DYK, *Circuit Judge.*

## O R D E R

This appeal arises out of the district court's final judgment dismissing CTD Networks, LLC's infringement claims against Google LLC. In December 2023, William P. Ramey and Ramey LLP (collectively, "Ramey") moved to withdraw as counsel for CTD. On February 2, 2024, this court ordered that Ramey's motion would be granted if new

counsel filed an entry of appearance on behalf of CTD, ECF No. 26.  But no entry of appearance has been entered.[1]

Having considered the motion and the status reports, we dismiss.  Ramey has informed the court that "CTD has abandoned the appeal."  ECF No. 27 at 6.  While Ramey opposes dismissal to protect its own interests against potential liability that could arise out of a sanctions motion pending before the district court, we have been shown no basis for allowing Ramey to appeal when it is not a party and has not been sanctioned or otherwise the direct subject of a court order.  *See Nisus Corp. v. Perma-Chink Sys., Inc.*, 497 F.3d 1316, 1319 (Fed. Cir. 2007); *United States v. Carter*, 995 F.3d 1214, 1218 (10th Cir. 2021) (noting that "attorneys have standing to appeal only when . . . they are specific objects of the challenged order" (cleaned up)).

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 24, 2024
Date

---

[1]    Whitestone Law, which filed a notice of appearance at the district court on behalf of CTD, has indicated it will not enter an appearance in this appeal.  ECF No. 29.